700 A.2d 1260

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Ramon ASTILLERO, Respondent.**

Supreme Court of Pennsylvania.

Sept. 29, 1997.

***ORDER***

PER CURIAM.

AND NOW, this 29th day of September, 1997, the Petition for Allowance of Appeal is **Granted** and the order of the Superior Court is **Reversed.** *See Commonwealth v. Williams,* 547 Pa. 577, 692 A.2d 1031 (1997).